IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FIRST CUT PRODUCE, INC.,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 07-0042-WS-C |
| ) | |
| **ALBERT EARL TURNER, etc.,** ) | |
| ) | |
|    Defendant. ) | |

## ORDER

The parties' joint motion to dissolve preliminary injunction, (Doc. 48), is **granted**. The preliminary injunction entered on February 6, 2007, (Doc. 24), is **dissolved** in its entirety, including without limitation that provision prohibiting banking institutions holding the defendant's funds from paying, transferring or permitting assignment or withdrawal of the defendant's business or personal assets.

DONE and ORDERED this 6th day of August, 2007.

                                               s/ WILLIAM H. STEELE
                                               UNITED STATES DISTRICT JUDGE